Cardillo & Corbett
Attorneys for Plaintiff
Agritrade International PTE. Ltd.
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212

JUN 2 5 2007
U.S.D.C. S.D.N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
AGRITRADE INTERNATIONAL PTE. LTD.,   :

      Plaintiff,  : **ECF**
            **RULE 7.1 STATEMENT**
   -against-   :

HEMAT MARINE SDN BHD     :

      Defendant. :
------------------------------------x

   Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, AGRITRADE INTERNATIONAL PTE. LTD. (a private non-governmental party), certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: New York, New York
    June 20, 2007

          CARDILLO & CORBETT
         Attorneys for Plaintiff
         AGRITRADE INTERNATIONAL PTE. LTD.

       By: _____
        Francis H. McNamara (FM 4649)