908-1

**DEORCHIS, WIENER & PARTNERS, LLP**
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

Attorneys for Defendant
HEMAT MARINE SDN BHD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AGRITARDE INTENRATIONAL PTE. LTD.,

          Plaintiff,

-against-

HEMAT MARINE SDN BH,

          Defendant.
-------------------------------------------------------------X

07 Civ. 5988 (SAS)

**FED. R. CIV. P.
<u>7.1 CERTIFICATION</u>**

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for Defendant HEMAT MARINE SDN BHD certifies upon information and belief that Defendant has no publicly held parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       July 27, 2007

                                       DEORCHIS, WIENER & PARTNERS, LLP
                                       Attorneys for Defendant
                                       HEMAT MARINE SDN BHD

                                       By: <u>/s/ Christopher H. Mansuy (CM-0813)</u>
                                           **Christopher H. Mansuy (CM-0813)**
                                           61 Broadway, 26th Floor
                                           New York, New York 10006-2802
                                           (212) 344-4700
                                           Our File: 908-1