908-1

**DeORCHIS, WIENER & PARTNERS, LLP**
61 Broadway, 26th Floor
New York, New York  10006-2802
(212) 344-4700

Attorneys for Defendant
HEMAT MARINE SDN BHD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AGRITARDE INTENRATIONAL PTE. LTD.,

      Plaintiff,

   -against-

HEMAT MARINE SDN BH,

      Defendant.
------------------------------------------------------------X

07 Civ. 5988 (SAS)

**ANSWER**

Defendant HEMAT MARINE SDN BHD, by its attorneys DeOrchis, Wiener & Partners, LLP answers the Plaintiff's Verified Complaint upon information and belief as follows:

1.  Denies each and every allegation contained in Paragraph 1 of Plaintiff's Verified Complaint.

2.  Admits each and every allegation contained in Paragraph 2 of the Verified Complaint.

3.  Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 of Plaintiff's Verified Complaint.

4. Admits each and every allegation contained in Paragraph 4 of the Verified Complaint.

5. Admits each and every allegation contained in Paragraph 5 of the Verified Complaint.

6. Denies each and every allegation contained in Paragraph 6 of the Verified Complaint.

7. Admits that Defendant did not perform the charterparty because there was no charterparty to perform.

8. Denies each and every allegation contained in Paragraph 8 of Plaintiff's Verified Complaint.

9. Denies each and every allegation contained in Paragraph 9 of Plaintiff's Verified Complaint.

10. Admits that Plaintiff and Defendant have agreed to submit to arbitration at Singapore the issue whether a charterparty contract between the parties was formed, but except as so specifically admitted, denies each and every other allegation contained in Paragraph 10 of the Verified Complaint.

11. Denies each and every allegation contained in Paragraph 11 of the Verified Complaint.

12. Denies each and every allegation contained in Paragraph 12 of Plaintiff's Verified Complaint.

13. Denies each and every allegation contained in Paragraph 13 of Plaintiff's Verified Complaint.

### AS AND FOR AFFIRMATIVE DEFENSES TO THE CLAIMS SET FORTH IN THE VERIFIED COMPLAINT, DEFENDANT HEMAT MARINE SDN BHD ALLEGE UPON INFORMATION AND BELIEF AS FOLLOWS:

#### *First Affirmative Defense*

14. This Honorable Court lacks subject matter jurisdiction because no justiciable claim exists insofar as the parties have agreed to submit to arbitration in Singapore the issue whether there was a contract between the parties. In the absence of a finding that there was a contract, no admiralty maritime claim can be verified under oath by plaintiff or its representative to exist, and the claim asserted herein by the Plaintiff is premature and unripe and the attachment of defendant's property a deprivation without due process in violation of the U.S. Constitution.

#### *Second Affirmative Defense*

15. Plaintiff's claim for interest is premature, unripe and speculative.

#### *Third Affirmative Defense*

16. Plaintiff's claim for arbitration fees, costs and attorneys' fees is premature, unripe and speculative, and assumes that Plaintiff will succeed on the merits and assumes that Plaintiff will be awarded said recovery.

#### *Fourth Affirmative Defense*

17. In so far as the parties have agreed to submit their dispute concerning contract formation to Arbitration at Singapore, this Court should decline jurisdiction to attach defendant's funds by reason of inconvenient forum.

### *Fifth Affirmative Defense*

18.   The Honorable Court lacks in personam jurisdiction of defendant by reason of insufficient contacts with the jurisdiction to be amenable and by reason of insufficient service of process.

### *Sixth Affirmative Defense*

19.   The attachment of defendant's funds was procured through an unreasonable and illegal seizure in violation of the U.S. Constitution.

WHEREFORE, Defendant HEMAT MARINE SDN BHD demands judgment vacating the Attachment and dismissing the Verified Complaint herein, together with costs and disbursements of this action, and for such other and further relief as in the premises may be just and proper.

Dated:  New York, New York
        July 27, 2007

> DEORCHIS, WIENER & PARTNERS, LLP
> Attorneys for Defendant
> HEMAT MARINE SDN BHD
>
> By: /s/ Christopher H. Mansuy (CM-0813)
> **Christopher H. Mansuy (CM-0813)**
> 61 Broadway, 26th Floor
> New York, New York  10006-2802
> (212) 344-4700
> Our File:  908-1

T O :

CARDILLO & CORBETT
Attorneys for Plaintiff
29 Broadway
New York, New York  10006