908-1

**DeORCHIS, WIENER & PARTNERS, LLP**
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

Attorneys for Defendant
HEMAT MARINE SDN BHD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AGRITRADE INTERNATIONAL PTE. LTD.,

                     Plaintiff,

              -against-

HEMAT MARINE SDN BHD,

                     Defendant.
-------------------------------------------------------------X

07 Civ. 5988 (SAS)

**NOTICE OF MOTION**

     **PLEASE TAKE NOTICE** that upon the annexed Declaration of Malim Mohd Sah executed August 13, 2007, the Exhibits annexed thereto, the accompanying Memorandum of Law and the prior pleadings and proceedings herein, Defendant Hemat Marine SDN BHD will move this Court before Honorable Shira A. Scheindlin of the United States District Court for the Southern District of New York, 500 Pearl Street, Room 15C, New York, New York, on the 6th day of September, 2007 at 10:00 o'clock in the forenoon or as soon thereafter as counsel may be heard for an Order pursuant to Rule E(4)(7), Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, requiring plaintiff to show cause why the Order of Attachment dated June 27, 2007 and any levies or attachments by garnishees should not be vacated on the ground that the Order issued by this Court and any

2

subsequent attachments are not based upon "reasonable grounds" and therefore violate the Fourth and Fifth Amendments to the Constitution; the allegations in the Verified Complaint are not true; the garnishee Bank of New York restrained after acquired property, elements of the claim are not ripe; and as a protective motion only, the attachment of EFT's in the hands of intermediary banks violates the law of the State of New York, and for such other further relief as the Court deems just and appropriate.

Dated: New York, New York
      August 21, 2007

           **DeORCHIS, WIENER & PARTNERS, LLP**
           Attorneys for Defendant
           HEMAT MARINE SDN BHD

           By:  /s/ Christopher H. Mansuy
              **Christopher H. Mansuy (CM-0813)**
              61 Broadway, 26th Floor
              New York, New York 10006-2802
              (212) 344-4700
              Our File: 908-1

W:\908-1\Legals\Not Of Motion,

T O :

CARDILLO & CORBETT
Attorneys for Plaintiff
29 Broadway
New York, New York 10006
Attention: Francis McNamara, Esq.