# EXHIBIT A

# T S OON & BAZUL
## ADVOCATES & SOLICITORS

**FAX TRANSMISSION**

3 Raffles Place #06-01
Bharat Building
Singapore 048617

Tel : (65) 62233893
Fax: (65) 62236491

Date        : 28 March 2007

Your Ref    : TT/2007022110/nur

Our Ref     : 200701551TS/KY(ls)

No. Of Pages : 1

To          : M/S ASIALEGAL LLC

Attention   : Mr Timothy Tan

Fax no      : 6 3331191

Re          : CLAIM BY AGRITRADE INTERNATIONAL PTE LTD AGAINST HEMAT MARINE SDN BHD CHARTERPARTY AGREEMENT FOR THE MT "STARDUST" DATED 23 JANUARY 2007

*The contents of this fax are privileged and confidential. It is solely intended for the named recipient. If you have received this fax in error please contact +65 62233893 and return this fax and any copies immediately.*

*We do not accept service of Court documents by fax.*

---

We refer to your fax dated 13 March 2007.

Our clients are agreeable to having the preliminary issue (i.e. whether there is a binding charterparty contract between the parties) determined under Singapore law by way of arbitration in Singapore. As spoken, our clients are also agreeable to the appointment of Mr Jaya Prakash as the sole arbitrator.

Assuming the Arbitrator finds that there was a binding charterparty contract between the parties, it must follow that the issue of liability should be decided in our clients' favour. This is because it is not in dispute that no vessel was provided to our clients under the charterparty. Please confirm that you agree. In the circumstances, the only issue left would be the quantum of damages suffered. This can always be determined by the Arbitrator later.

We await your reply.

Regards,

OON THIAN SENG / KELLY YAP
thianseng@oonbazul.com / kellyyap@oonbazul.com
c.c.   Clients



In association with T S OON & PARTNERS, Malaysia
Suite 23.8, Level 23, Menara Genesis
33 Jalan Sultan Ismail,
50250 Kuala Lumpur

28/03 '07 WED 12:29   [TX/RX NO 6373]