# EXHIBIT B

# ASIALEGAL LLC

Advocates & Solicitors
Notary Public & Commissioner for Oaths

20 Cecil Street
#18-01 Equity Plaza
Singapore 049705
Website : www.asialegal.com.sg

Tel   : 6333 1121 (After office hours: 9615 6325)
Fax   : 6333 1191
*(Service of Court Documents by fax is not accepted)*
E-mail : mail@asialegal.com.sg

## FAX TRANSMISSION

| | | | |
|---|---|---|---|
| Date | : 13 April 2007 | No. of Pages : 1 | |
| Your ref | : 200701551TS/ls | Our ref | : TT/2007022110/nur |
| To | : **M/s T S Oon & Bazul** | From | : Timothy Tan |
| Attention | : Mr Oon Thian Seng/Mr Kelly Yap | Writers' DID : 6538 9984 | |
| Fax No. | : 6223 6491 | Writers' email : timothy@asialegal.com.sg | |

RE       : **ALLEGED CLAIM BY AGRITRADE INTERNATIONAL PTE LTD AGAINST HEMAT MARINE SDN BHD – NEGOTIATIONS FOR CHARTER OF MT "STARDUST" IN JANUARY 2007**

*This fax may contain privileged and/or confidential information. If you are not the intended recipient, please contact us immediately at (65) 6333 1121.*

Thank you for your fax of 28 March 2007.

Strictly for determination of the preliminary issue (of whether or not there is a binding charterparty contract between the parties and accordingly a binding arbitration agreement between the parties to refer all disputes thereunder to arbitration in accordance with the terms of such charterparty contract), our clients agree to the appointment of Mr Jaya Prakash as sole arbitrator, pursuant to the parties agreement to refer this preliminary issue to ad hoc arbitration.

As regards what and whether any consequences should follow from the determination of the preliminary issue, our clients strictly reserve all their rights, and believe it would be premature to attempt to reach any agreement as to liability or non-liability, if a charterparty contract between the parties is found to exist (which is denied).

Best regards,

Timothy Tan

cc       Clients
         Fax: 0203 4041 0670

---

Directors       Timothy Tan  ◈  P. Jeya Putra  ◈  Magdalene Chew  ◈  Wendy Leong Marnyi
Associate Director  Nadia Almenoar

AsiaLegal LLC (Reg. No. 200210126H) is a law corporation incorporated with limited liability

EFS