# EXHIBIT C

# CARDILLO & CORBETT

ROBERT V. CORBETT
CHRISTOPHIL B. COSTAS
TULIO R. PRIETO
JAMES P. RAU

29 BROADWAY
NEW YORK, NY 10006
(212) 344-0464

FRANCIS H. MCNAMARA
COUNSEL

JOSEPH CARDILLO, JR.
(1913-1980)

FAX: (212) 797-1212/509-0961
E-MAIL: CC@CARDILLOCORBETT.COM

**REGISTERED U.S. MAIL**
**RETURN RECEIPT REQUESTED**

Hemat Marine Sdn Bhd
Plaza Permata, No. 6
Suite 1903
Jalan Kampar
Kuala Lumpur, Malaysia 50400

July 3, 2007

Re: Agritrade International Pte. Ltd. v.
Hemat Marine Sdn Bhd;
07 cv 5988
Our File: E-482-4

Dear Sirs:

We are attorneys representing Agritrade International Pte. Ltd. in the referenced lawsuit, in which US$15,337.95 of your funds at Bank of New York were seized by order of the court on June 28, 2007.

Enclosed are copies of the summons, verified complaint and process of attachment in the case.

Yours very truly,

Cardillo & Corbett

By: _____
Francis H. McNamara