Cardillo & Corbett
Attorneys for Plaintiff
Agritrade International Pte. Ltd.
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/4/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
AGRITRADE INTERNATIONAL PTE. LTD., :

                Plaintiff,    :   07 Civ. 5988 (SAS)

      -against-          :

                                   **ORDER**

HEMAT MARINE SDN BHD,         :

                Defendant.    :
------------------------------------x

       The plaintiff's papers in opposition to the defendant's pending motion to vacate the attachments of defendant's property shall be served and filed no later than September 26, 2007 and the defendant's reply shall be served and filed no later than October 2, 2007.

Dated: August 31, 2007

                                SO ORDERED: _____
                                           U.S.D.J.