Cardillo & Corbett
Attorneys for Plaintiff
Agritrade International Pte. Ltd.
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
AGRITRADE INTERNATIONAL PTE. LTD.,       :
                                         :    **ECF**
                         Plaintiff,      :    ORDER APPOINTING
                                         :    PERSON TO SERVE
              -against-                  :    PROCESS
                                         :    07 Civ. 5988 (SAS)
HEMAT MARINE SDN BHD,                    :
                                         :
                         Defendant.      :
---------------------------------------x

     Upon motion of the Plaintiff for an order appointing Robert V. Corbett, Christophil B. Costas, Tulio R. Prieto, James P. Rau, Francis H. McNamara, Enmanuel O. Suarez, or any other partner, associate, paralegal or other agent of Cardillo & Corbett to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process in this action, and

     Upon reading the Affidavit of Francis H. McNamara, sworn to June 20, 2007, and good cause having been shown,

     IT IS ORDERED that Robert V. Corbett, Christophil B. Costas, Tulio R. Prieto, James P. Rau, Francis H. McNamara, Enmanuel O. Suarez, or any other partner, associate, paralegal or other agent of Cardillo & Corbett be and is hereby

appointed to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process upon the Defendant herein and upon the garnishees.

Dated:  New York, New York
        June 15, 2007

_____
United State District Judge

A CERTIFIED COPY
J. MICHAEL McMAHON,          CLERK

BY _____
        DEPUTY CLERK