```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AGRITRADE INTERNATIONAL PTE. LTD.,

                Plaintiff,

         -against-

HEMAT MARINE SDN BHD,

                Defendant.
-------------------------------------------------------------X

07 Civ. 5988 (SAS)

**ORDER ON CONSENT**

The attorneys for AGRITRADE INTERNATIONAL PTE. LTD. ("Plaintiff") and HEMAT MARINE SDN BHD ("Defendant") having represented to the Court that the claim has been settled and upon their subjoined consents, it is hereby ORDERED and DECREED that:

1. The pending Motion by Defendant seeking an Order vacating the attachments of Defendant's property is withdrawn.

2. The Order of Attachment dated June 26, 2007 is vacated.

3. Plaintiff shall immediately notify all garnishees of the vacatur of the Order of Attachment and Garnishment.

4. All funds held by any garnishee are hereby released.

5. The Bank of New York is hereby directed to release the funds of Defendant restrained on June 28, 2007 and any additional funds and to remit the funds in accordance with the instructions to the Bank of New York set forth in a telefax dated September 21, 2007 from Defendant's attorneys, DeOrchis, Wiener & Partners to the Bank of New York's attorneys.

6. Citibank is hereby directed to release the funds of Defendant restrained on July 5, 2007 and any additional funds and to transfer those funds in accordance with the instructions

set forth in a telefax dated September 21, 2007 to Citibank from Defendant's attorneys, DeOrchis, Wiener & Partners.

This case is hereby dismissed with prejudice and without costs to either party.

Dated:  New York, New York
        September 21, 2007

SO ORDERED:

_____  9/25/07
U.S.D.J.

**CARDILLO & CORBETT**
Attorneys for Plaintiff
AGRITRADE INTERNATIONAL PTE. LTD.

By: _____
Francis McNamara (FM-4649)
29 Broadway
New York, New York 10006
212-344-0464

**DEORCHIS, WIENER & PARTNERS,** LLP
Attorneys for Defendant
HEMAT MARINE SDN BHD

By: _____
Christopher H. Mansuy (CM-0813)
61 Broadway, 26th Floor
New York, New York 10006-2802
212-344-4700

W:\908-1\Legals\Order On Consent, 09-21-07, Chm.Doc 9/21/07-kc

2